```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

**MOSTAFA SALEM**                                                      **PLAINTIFF**

         v.            Civil No. 08-2035

**MICHAEL MUKASEY, et al.**                                       **DEFENDANTS**

### O R D E R

Now on this 14th day of November, 2008, comes on for consideration the parties' **Joint Motion To Remand** (document #9), in which all parties join in a request that this matter be remanded to United States Citizenship and Immigration Service for further consideration, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **remanded to United States Citizenship and Immigration Service** for further proceedings.

**IT IS SO ORDERED.**

                                   /s/ Jimm Larry Hendren
                                 JIMM LARRY HENDREN
                                 UNITED STATES DISTRICT JUDGE